No. A–576.  Ritter, Chief Judge, U. S. District Court v. Utah.  C. A. 10th Cir.  Application for stay of execution denied.  Mr. Justice Brennan took no part in the consideration or decision of this application.

No. 75–562.  Rosebud Sioux Tribe v. Kneip, Governor of South Dakota, et al.  C. A. 8th Cir.  [Certiorari granted, 425 U. S. 989.]  Motion of the State of North Dakota et al. for leave to file an untimely brief as amici curiae denied.

No. 75–871.  Manson, Correction Commissioner v. Brathwaite.  C. A. 2d Cir.  [Certiorari granted, 425 U. S. 957.]  Motion for appointment of counsel nunc pro tunc granted, and it is ordered that David S. Golub, Esquire, of Stamford, Conn., is appointed to serve as counsel for respondent in this case.

No. 75–1578.  Wainwright, Secretary, Department of Offender Rehabilitation of Florida v. Sykes.  C. A. 5th Cir.  [Certiorari granted, ante, p. 883.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae granted and 15 minutes allotted for that purpose.  Counsel for respondent also allotted an additional 15 minutes for oral argument.